STEPHEN M. LOBBIN
sml@smlavvocati.com
SML AVVOCATI P.C.
888 Prospect Street, Suite 200
San Diego, California 92037
(949) 636-1391 (Phone)

*Attorney(s) for Digital Verification Systems, LLC*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DIGITAL VERIFICATION SYSTEMS, LLC**, <br><br> *Plaintiff*, <br><br> v. <br><br> **RPOST US, INC.**, <br><br> *Defendant*. | **CASE NO.: 2:22-cv-01354-MCS-RAO** <br><br> **PATENT CASE** <br><br> **JOINT STIPULATION OF DISMISSAL** |

Plaintiff Digital Verification Systems, LLC, and Defendant Rpost US, Inc., by their respective undersigned counsel, hereby STIPULATE and AGREE as follows:

1. All claims asserted by the Plaintiff in this Action are dismissed with prejudice and all counter-claims asserted by the Defendant in this Action are dismissed without prejudice under Fed. R. Civ. P. 41(a)(1)(A)(ii);

2. Each party shall bear its own costs and attorneys' fees with respect to the matters dismissed hereby;

This Stipulation and Order shall finally resolve the Action between the parties.

Dated: September 16, 2022          Respectfully submitted,

/s/Stephen M. Lobbin
Stephen M. Lobbin
sml@smlavvocati.com
SML AVVOCATI P.C.
888 Prospect Street, Suite 200
San Diego, California 92037
(949) 636-1391 (Phone)

**Attorney(s) for Plaintiff**

/s/Lewis E. Hudnell, III
Lewis E. Hudnell, III (CASBN 218736)
HUDNELL LAW GROUP P.C.
800 W. El Camino Real Suite 180
Mountain View, California 94040
Telephone: 650.564.7720
Facsimile: 347.772.3034
lewis@hudnelllaw.com

**Attorneys for Defendant**

## CERTIFICATE OF SERVICE

I hereby certify that on September 16, 2022, I electronically transmitted the foregoing document using the CM/ECF system for filing, which will transmit the document electronically to all registered participants as identified on the Notice of Electronic Filing, and paper copies have been served on those indicated as non-registered participants.

/s/ Stephen M. Lobbin
Stephen M. Lobbin